No. 96–196. JA–RU v. CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 96–198. KOSISKY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–199. PILOT AIR FREIGHT CORP. ET AL. v. JELLICO, DBA JELLICO STUDIO OF WESTERN ART. Dist. Ct., City and County of Denver, Colo. Certiorari denied.

No. 96–206. ONEY v. NENNIG. Ct. App. Wis. Certiorari denied.

No. 96–208. KLEIN v. COLLARD & ROE, INC. C. A. 2d Cir. Certiorari denied.

No. 96–211. TAYLOR v. MEACHAM ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–212. IN RE SMITH. C. A. 10th Cir. Certiorari denied.

No. 96–213. LOPREATO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–214. SHARP v. MILLER ET AL. Ct. App. N. C. Certiorari denied.

No. 96–218. SHUMATE v. NATIONSBANK. C. A. 4th Cir. Certiorari denied.

No. 96–220. ALLEN v. UNISON TRANSFORMER SERVICES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–221. FOWLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–223. JONES v. ATTORNEY GRIEVANCE COMMISSION OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 96–224. FINIZIE v. CITY OF BRIDGEPORT. Sup. Ct. Conn. Certiorari denied.